1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| WHOLESALE TRANSMISSIONS, INC., a California corporation, and ROGER LENNING, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>MERCHANTS CAPITAL ACCESS, LLC, a New York limited liability company, and DOES 1 through 50,<br><br>    Defendants. | CASE NO.  EDCV12-109 JAK(OPX)<br><br>**DISCOVERY MATTER**<br><br>**PROTECTIVE ORDER**<br><br>Judge John A. Kronstadt<br>Magistrate Judge Oswald Parada |

[PROPOSED] PROTECTIVE ORDER

## **PROTECTIVE ORDER**

Having considered the stipulation of the parties filed concurrently, and good cause appearing,

IT IS HEREBY ORDERED:

That the Stipulated Protective Order filed by the parties on May 7, 2012 is hereby approved in its entirety and the terms of the protective order are hereby adopted as the Order of this Court and shall govern in this case.

IT IS SO ORDERED.

Dated: 5/9/12

_____
Honorable Oswald Parada
United States Magistrate Judge